U.S. COURTS

No. _____

NOV 18 2025

Rcvd_____Filed_____time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

NINTH CIRCUIT

IN THE

DISTRICT COURT OF THE UNITED STATES

ANDRES CAWARD, Petitioner

SANTOS CUEVAS — PETITIONER
(Your Name)

vs.

TYRELL DAVIS, defendant

ON PETITION FOR A WRIT OF HABEAS CORPUS

IN THE STATE OF IDAHO DISTRICT COURT

PETITION FOR WRIT OF HABEAS CORPUS, 28 § 2254(d)(1)

SANTOS CUEVAS
(Your Name)

2605 State Street
(Address)

Salem, Or 97310
(City, State, Zip Code)

▬▬▬▬▬▬
(Phone Number)

## TABLE OF AUTHORITIES CITED

CASES                                                                                      PAGE NUMBER



1.) McDonald v Chicago ommitted, (2010)

STATUTES AND RULES



OTHER

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF HABEAS CORPUS

Petitioner respectfully prays that a writ of habeas corpus issue.

## OPINIONS BELOW

[ ] For cases from **federal courts:**

    The opinion of the United States court of appeals appears at Appendix _____ to the petition and is

    [ ] reported at _____; or,
    [ ] has been designated for publication but is not yet reported; or,
    [ ] is unpublished.

    The opinion of the United States district court appears at Appendix _____ to the petition and is

    [ ] reported at _____; or,
    [ ] has been designated for publication but is not yet reported; or,
    [ ] is unpublished.

[✓] For cases from **state courts:**

    The opinion of the highest state court to review the merits appears at Appendix __A__ to the petition and is

    [ ] reported at _____; or,
    [ ] has been designated for publication but is not yet reported; or,
    [✗] is unpublished.

    The opinion of the _____ court appears at Appendix _____ to the petition and is

    [ ] reported at _____; or,
    [ ] has been designated for publication but is not yet reported; or,
    [ ] is unpublished.

1.

## Statement of the Case

Petitioner filed State Habeas Corpus Petition in the State of Idaho, Supreme Court.

Subsequently, the Supreme Court denied/dismissed the Petition for Writ of Habeas Corpus,

Stating — "Therefore after due Consideration,"

And is here alleged and is of claim of denial of Privileges and Immunities with Sixth Amendment Violation of Ineffective Assistance of Counsel, and for Due Process, 14th Amendment.
(Supreme Court Docket No. 52964-2025)
And denied him an Appellate Court, and appellate procedure

The Petitioner — prisoner in State of Idaho is the individual of the deprivations and claims duly concern, and is the nephew of the acting 'power of attorney' or legal assistant, ran on his behalf, here named SANTOS CUEVAS listed here also as the Petitioner, and on the following ground that the nephew prisoner Andres Caward is not litterate, and accepted a plea of guilt in the absence of counsel. The factual occurance for which the claims arise in this petition.

None of the claims have been duly exhausted in this Court, nor subjected to any review by this Court.

CLAIM I.

Ineffective Assistance of Counsel

Counsel was not present with the petitioner Andres Caward, in the acceptance of his plea with the State of Idaho prosecutor. Here alleged — a direct violation of the Sixth Amendment Right to Counsel, through the Due Process Clause of the 14th Amendment.

CLAIM II. Privileges and Immunities Clause
Abuse of Discretion of Court
Here alleged that the petitioner Andres Caward was denied the same privilege that other defendants enjoy as of right to;
1) An Appellate Procedure — the same court is not Appellate
2) Have a State Court review his claims of Sixth Amendment violations, denied him adjudication on the merits, and counsel to raise his claims,

3) Effective Court Appointed Counsel, during and for conducting the plea negotiation, and that he may have and did wrongly accept a higher sentence with error under Apprendi v New Jersey, 530 U.S. 466, 2000.

4) Apprendi v New Jersey error is not harmless and excess of prison term, 530 U.S. 466, 2000. Triable jury issue was not alleged in the indictment. Judicial finding of drug amount not alleged into the indictment, error of law.

Conclusion

Petitioner is entitled for a State Court to allow him to a review and adjudication on the merits.

Apprendi v New Jersey error of law, and burden the defendant to show legal cause, including to defaulted claims if defendant alleges.
(see Martinez v Ryan 566 U.S. 1, 2012)

Legal Assistant, for Petitioner
Andres Camarot at
Kuna Idaho Prison,

*[signature]*

SIK# 1120700

Appendix - A

# In the Supreme Court of the State of Idaho

Re: Petition for Writ of Habeas Corpus.

ANDRES CAWARD, SANTOS CUEVAS,

    Petitioners,

v.

UNKNOWN AT THIS TIME,

    Respondent.

**Order Dismissing Petition for Writ of Habeas Corpus**

Supreme Court Docket No. 52964-2025

A PETITION FOR WRIT OF HABEAS CORPUS was filed by Petitioners Andres Caward and Santos Cuevas on June 16, 2025. Therefore, after due consideration,

IT IS ORDERED that Petitioners Andres Caward and Santos Cuevas's PETITION FOR WRIT OF HABEAS CORPUS is DISMISSED.

Dated June 13th, 2025.

By Order of the Supreme Court

_____
G. Richard Bevan, Chief Justice

ATTEST:

_____
for: Melanie Gagnepain, Clerk of the Courts

Santos Cuevas, #11207100
Oregon Department of Corrections, OSP
2605 State Street
Salem, OR 97310